UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE NORTON,

    **Plaintiff,**

vs.                                     Case No. 8:13-cv-01991-T-27EAJ

MARK OBER et al.,

    **Defendants.**

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 3) in which the Magistrate Judge recommends that Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) be denied and the complaint (Dkt. 1) be dismissed for lack of jurisdiction. Plaintiff objected to the R&R (Dkt. 5). No response to the objections is required.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions, however, are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Report and Recommendation (Dkt. 3) is APPROVED and ADOPTED for all purposes, including for appellate review. Plaintiff's

motion for leave to proceed *in forma pauperis* (Dkt. 2) is DENIED. Plaintiff's complaint (Dkt. 1) is DISMISSED *without prejudice*. The Clerk is directed to CLOSE the file.

**DONE AND ORDERED** this 26th day of August, 2013.

*/s/ James D. Whittemore*
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record